UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAMARA SAMANTHA TRYON,

                Petitioner,

v.

STATE OF WASHIGNTON DOC,

                Respondent.

Case No. C17-589-RSL

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections thereto, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus and this action are DISMISSED for failure of petitioner to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

//

//

ORDER DISMISSING ACTION - 1

(3) The Clerk is directed to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 11th day of July, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION - 2