UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA SAMANTHA TRYON, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON DOC, <br><br> Defendant. | Case No. C17-589RSL <br><br> ORDER |

This matter comes before the Court after petitioner Tamara Tryon filed a letter with the Court regarding the dismissal of her § 2254 habeas petition. After petitioner filed her original petition, Dkt. # 1, the Clerk of Court sent petitioner a letter explaining that she had not either paid the requisite filing fee or, in the alternative, submitted a proper application to proceed *in forma pauperis*. Dkt. # 2. After petitioner failed to take either step, Magistrate Judge James P. Donohue issued a Report and Recommendation recommending her petition be dismissed. Dkt. # 3. The Court approved and adopted the Report and Recommendation and dismissed the petition. Dkt. # 4. Petitioner has filed a letter with the Court attesting that she awaited correspondence from the Court, but has received nothing since she first filed her petition. Dkt. # 5.

Given petitioner's *pro se* status, see Bernhardt v. Los Angeles Cty., 339 F.3d 920, 925 (9th Cir. 2003), the Court construes her letter as a motion for relief from the Court's order under Federal Civil Rule 60(b). Based on the representations in petitioner's letter, the Court in its discretion GRANTS her relief from the Court's order dismissing her petition and hereby directs the Clerk of Court to reopen petitioner's case.

ORDER - 1

Attached to this order, petitioner will find the Clerk of Court's letter explaining her original filing's deficiencies, along with the appropriate forms to address them. Petitioner shall respond by filing the appropriate forms on or before February 28, 2018.

DATED this 1st day of December, 2017.

Robert S. Lasnik
United States District Judge